NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BARRY BRADFORD,**

*Petitioner*

**v.**

**DEPARTMENT OF THE AIR FORCE,**

*Respondent*

---

2023-1875

---

Petition for review of the Merit Systems Protection Board in No. DA-0752-15-0186-I-1, DA-1221-15-0155-W-1.

---

## O R D E R

The petitioner having failed to file the required Statement Concerning Discrimination, it is

2                                         BRADFORD V. AIR FORCE


ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.


                                        FOR THE COURT

August 4, 2023                          /s/ Jarrett B. Perlow
     Date                               Jarrett B. Perlow
                                        Clerk of Court


**ISSUED AS A MANDATE:** August 4, 2023